No. 22,580.

PAUL B. BAILEY, *Plaintiff*, V. FRED W. KNAPP, as State Auditor, etc., *Defendant*.

Original proceeding in mandamus.   Opinion filed November 8, 1919.   Writ allowed.

*Bennett R. Wheeler, S. M. Brewster, John L. Hunt,* all of Topeka, and *W. E. Archer,* of Hiawatha, for the plaintiff.

*G. A. Spencer, A. R. Buzick, jr.,* and *Thomas N. Mulloy,* all of Salina, for the defendant.

*Per Curiam:* The action is a companion case to the preceding one. (*Reilly v. Knapp,* ante p. 565.)   Plaintiff seeks to compel the state auditor to issue a warrant for his salary as stenographer of the district court for the twenty-second judicial district.   He was appointed court stenographer in 1904 and has held the position under that appointment ever since; during all this time he has been a nephew of the judge of the district court.   The auditor made no objection to the payment of his salary until July 1, 1919, but contends that section 2 of the appropriation act of that year (Laws 1919, ch. 1) disqualified plaintiff from holding the position.   Under the decision in the preceding case, holding section 2 of the appropriation act of 1919 unconstitutional, the plaintiff is entitled to judgment.

The writ will issue.